IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-00020-RJC-DSC

| | |
|---|---|
| STEPHEN S. GIRARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AT&T MOBILITY LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant AT&T Mobility LLC's ("ATTM's") Consent Motion and Incorporated Memorandum of Law in Support of Motion to Stay Proceedings Pending a Decision of the Judicial Panel on Multidistrict Litigation ("Consent Motion"), it is hereby ORDERED that Defendant's Consent Motion is GRANTED, and that all further proceedings in this case shall be stayed pending a ruling on ATTM's motion for transfer and consolidation pursuant to 28 U.S.C. § 1407 ("the MDL Motion").

**SO ORDERED**.  Signed: March 5, 2010

David S. Cayer
United States Magistrate Judge